# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| KEVIN CHRISTOPHER COX,<br><br>*Plaintiff,*<br><br>v.<br><br>LYNCHBURG READY MIX, INC., ET AL,<br><br>*Defendant* | CIVIL NO. 6:07cv 00038<br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on Plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit, filed September 11, 2007. For the reasons stated in the accompanying Memorandum Opinion and Order:

(1) Plaintiff's suit is hereby TERMINATED;

(2) the Clerk of the Court is hereby ordered to STRIKE this case from the docket of the Court.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all parties.

ENTERED: /s/ Norman K. Moon
United States District Judge

October 2, 2007
Date